UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK

Presentment Date: July 24th 2012, 12:00 pm  
Hearing Date (If necessary)August 9th 2012 11:00 am

---

In re: JAMES TALIENTO

LAUREN TALIENTO, debtors

Hon. Carla E. Craig  
Ch. 7  
Case No. 12-41194

---

**NOTICE OF PRESENTMENT OF AN ORDER REOPENING CASE TO PERMIT THE DEBTOR TO PARTICIPATE IN LOSS MITIGATION PROGRAM RELATIVE TO THE PROERTY LOCATED AT 79 WOODLAND AVENUE STATEN ISLAND NY 10308 , AND THE MORTGAGE HELD BY AURORA LOAN SERVICE, P.O. BOX 1706 SCOTTSBLUFF NE, 69363.**

**SIRS/MADAMS**

  **PLEASE TAKE NOTICE** that an order will be presented to the Honorable Carla E. Craig, Chief United States Bankruptcy Judge at Chambers Conrad B. Duberstein Courthouse at 271 Cadman Plaza East Brooklyn NY 11201 on July 24th 2012, at 12 p.m. for an Order pursuant to 11 U.S.C. 350(b) and Federal Bankruptcy Rule 9006(b)(1) to reopen the debtor's case for the sole purpose of allowing the debtor to participate in the loss mitigation program with regard to the property located at 79 WOODLAND AVENUE STATEN ISLAND NY 10308 so that mortgagee AURORA LOAN SERVICE and debtor may endeavor to successfully mitigate/modify mortgage, copy of said order is annexed hereto

  **PLEASE TAKE FURTHER NOTICE** that if you have good reason to object to the granting of the proposed order, you must do so in writing and you must serve the undersigned and all other entities to whom the motion has been noticed, as indicated below, with a copy of your objections stating both the legal grounds and the facts which establish the reasons for your

objections so as to be received at least three (3) DAYS BEFORE THE Order is to be signed. The objections shall identify the motion to which they are addressed by name of the moving party, date of hearing, relief sought by the motion by title, caption, and case number in which the motion is made, Within that same time you must also file with the Clerk of the Bankruptcy Court, the original objections together with courtesy copies for the Chambers of the assigned Judge and proof of affidavit, admission, or otherwise, that copies have been properly served

**PLEASE TAKE FURTHER NOTICE** that if no proper objections are timely filed and served and the Judge are satisfied from the application that the moving party is entitled to the relief sought; the order may be signed without a hearing. If proper objections are timely filed and served, a hearing will be held before the Court at 271 Cadman Plaza East, Courtroom 3529, Brooklyn NY 11201 on August 9th 2012, at 11:00 a.m.

If no objections are filed, the Court may sign the Order without further proceedings, or may direct the hearing to be held notwithstanding the absence of objections.

Dated: June 26th, 2012

Law Office of Jay Meyers,
Attorney for debtor/movant

By:_____
Jay Meyers, Esq.
Member of the firm
1688 Victory Blvd Ste. 201
Staten Island, NY 10314

To:
Robert J. Musso, as Trustee
26 Court Street Suite 2211
Brooklyn, NY 11242