UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re JAMES TALIENTO
AND LAUREN TALIENTO,                                    **AFFIRMATION**
          Debtors.,


-----------------------------------------------------------------------X

JAY MEYERS, attorney for the debtors herein, being duly admitted top practice before this Court and the Courts of this State, hereby affirms as follows under penalty of perjury,

1.) I am the attorney for the debtors and as such I am fully familiar with the facts and circumstances surrounding this case.

2.) The within debtors filed a petition for relief on February 22, 2012 .

3.) The Creditors meeting was held on March 26, 2012 .

4.) The debtors received a discharge on   May 29, 2012

5.) The debtors now respectfully request an opportunity desire to participate in loss mitigation.

6.) The reason for the delay in seeking to participate in the program was that they has been actively pursuing modification on their own .

7.) Unfortunately they were denied a modification after the case closed. The debtor's family has suffered health setbacks during the pendancy of the bankruptcy which have caused further hardship and difficulty focusing on the resolution of their difficulties with their lender.

**WHEREFORE** , your affiant prays for an Order reopening the case fro the express purpose of allowing them to participate in loss mitigation with regard to the mortgage held by Aurora Loan Services, as is set forth in the within motion, upon said reopening the request for loss mitigation will be promptly filed and for such other and further relief as to

the Court seems just and reasonable under the circumstances.

Dated Staten Island, New York
June 26, 2012

Jay Meyers for The Law Office of Jay Meyers

The Law Office of Jay Meyers
For the debtor/movants
1688 Victory Blvd. Ste 201
Staten Island, New York 10314
(718) 273 2525